■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLAOS ROUSSOPOULOS, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Farlo, J.), imposed November 19, 1987.

Ordered that the sentence is affirmed, and the case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Lawrence, Kooper and Harwood, JJ., concur.